**STATE v. BANKS**

[347 N.C. 390 (1997)]

STATE OF NORTH CAROLINA v. RUFUS GENE BANKS, JR.

No. 193PA97

(Filed 5 December 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 and on appeal of right of a constitutional question pursuant to N.C.G.S. § 7A-30(1) to review the decision of the Court of Appeals, 125 N.C. App. 681, 482 S.E.2d 41 (1997), finding no error in the judgment of Johnson (Marcus L.), J., entered at the 11 September 1995 Session of Superior Court, Mecklenburg County. Heard in the Supreme Court on 18 November 1997.

*Michael F. Easley, Attorney General, by Sue Y. Little, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Daniel R. Pollitt, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.